IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI

**TOTAL TRANSPORTATION OF MISSISSIPPI, LLC**                     **PLAINTIFF**

**VS.**                                        CAUSE NO. C02013-0049-JH

**M-TEK, INC.**                                              **DEFENDANT**

## SUMMONS

STATE OF MISSISSIPPI
COUNTY OF MADISON

    **TO:**   M-Tek, Inc.
         Registered Agent: National Registered Agents, Inc.
         840 Trustmark Building, 248 East Capitol Street
         Jackson, Mississippi 39201

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand deliver a copy of a written response to this Complaint to David Lee Gladden, Jr., GLADDEN & INGRAM, PLLC, the attorney for the Plaintiff, whose post office address is Post Office Box 2970, Madison, Mississippi 39130, and whose street address is 455 Pebble Creek Drive, Madison, Mississippi 39110. Your response must be mailed or delivered within **thirty (30) days** from the date of delivery of the Summons and Complaint or a judgment by default will be entered against for the money or other things demanded in the Complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

ISSUED UNDER MY HAND AND SEAL of said Court, this the 18th day of January, 2013.

MADISON COUNTY CIRCUIT CLERK
LEE WESTBROOK
P.O. BOX 1626
CANTON, MS 39046
BY: _Natalie Perkins_ , D.C.



**EXHIBIT**

**A**

IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI

TOTAL TRANSPORTATION OF MISSISSIPPI, LLC                     **PLAINTIFF**

VS.                                                    CAUSE NO. C02013-0049-JH

M-TEK, INC.                                                   **DEFENDANT**

**FILED**
THIS DAY
JAN 18 2013
LEE WESTBROOK
CIRCUIT CLERK

COMPLAINT

COMES NOW the Plaintiff, **TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,** by

and through its attorneys of record and files this its Complaint against the Defendant, **M-TEK,**

**INC.,** and in support thereof would respectfully show unto this Court the following:

1.

The Plaintiff, **TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,** is a commercial

trucking company that is organized and existing under the laws of the State of Mississippi with its

principal place of business at 125 Riverview Drive, Richland, Mississippi, 39218.

2.

The Defendant, **M-TEK, INC.,** is a foreign corporation organized and existing under the

laws of the State of Tennessee with a principal place of business in Mississippi located at 435

Church Road, Madison, Mississippi 39110. The Defendant may be served with process of this Court

by service of this Complaint on its registered agent for service of process, National Registered

Agents, Inc., 840 Trustmark Building, 248 East Capitol Street, Jackson, Mississippi 39201.

3.

Venue for this cause of action properly lies in the County Court of Madison County, as the

Defendant has a principal place of business in Madison, Mississippi.

4.

Plaintiff would show that on or about September 1, 2011, Plaintiff and Defendant entered

into a written contract whereby the Plaintiff was to haul freight for the Defendant on a continuing

basis. This written contract was governed by "Tariff TTMS 100-A2", a copy of which has been

previously provided to the Defendant.

5.

Per the agreement between the parties, Defendant's products were loaded onto the Plaintiff's trailers at various locations and hauled to the Defendant's physical business location in Madison, Mississippi.

6.

Dating back to June 2012, a number of the Plaintiff's trailers which were loaded with the Defendant's finished products, were moved by the Defendant to the Nissan manufacturing facility. This fact was unknown to the Plaintiff at the time the Plaintiff's trailers were moved.

7.

Dating back to June 2012, the Defendant has wrongfully detained a number of the Plaintiff's trailers at its business location and the Nissan facility, both of which are located in Madison, Mississippi.

8.

When this was discovered, repeated demands were made for the return of the Plaintiff's trailers by representatives of the Plaintiff. Further, written demand has been made on the Defendant by attorneys for the Plaintiff for payment of daily detention charges for each trailer wrongfully detained per the applicable tariff referenced above. See attached Composite Exhibit "A".

9.

As of today, all of Plaintiff's trailers have been returned. However, the detention charges remain unpaid.

10.

As set forth in Exhibit "A", Defendant is currently indebted to the Plaintiff in the amount of One Hundred Twenty Thousand and 00/100ths Dollars ($120,000.00).

11.

Despite Plaintiff's demand to Defendant for payment of the amounts due and owing, Defendant has failed and refused to make payment to Plaintiff. As a direct result of Defendant's

2

failure and refusal to make payment of the amount due and owing, Plaintiff has incurred and continues to incur damages, including attorney's fees, costs and expenses relating to the collection of the outstanding sums due to the Plaintiff.

12.

In an effort to collect the current balance due and owing, it has been necessary for Plaintiff to employ the services of the undersigned counsel. As Defendant has failed to make payment of the amounts due and owing within thirty (30) days after receipt of the written demand for these amounts, Plaintiff is entitled to recover a reasonable attorney's fee, as provided for by MISS. CODE ANN. § 11-53-81.

13.

**WHEREFORE, PREMISES CONSIDERED,** the Plaintiff, **TOTAL TRANSPORTATION OF MISSISSIPPI, LLC,** demands judgment of and from the Defendant, **M-TEK, INC.,** in the amount of One Hundred Twenty Thousand and 00/100ths Dollars ($120,000.00), together with interest, attorney's fees, and all costs expended herein. The Plaintiff further prays for any relief as this Court may deem appropriate.

Respectfully submitted, this the 14th day of January, 2013.

TOTAL    TRANSPORTATION    OF
MISSISSIPPI, LLC, PLAINTIFF


By:    _____
DAVID LEE GLADDEN, JR.

OF COUNSEL:
DAVID LEE GLADDEN, JR. (MB#100839)
BLAYNE T. INGRAM (MB #100709)
GLADDEN & INGRAM, PLLC
455 Pebble Creek Drive
Madison, Mississippi 39110
Post Office Box 2970
Madison, Mississippi 39130
Tel:    (601) 707-5903
Fax:    (601) 707-5915
Email: lgladden@gladdeningram.com
Email: bingram@gladdeningram.com
Web:   www.gladdeningram.com

3

# GLADDEN|INGRAM
## ATTORNEYS AT LAW

Email: lgladden@gladdeningram.com
Direct Dial: (601) 707-9450

DAVID LEE GLADDEN, JR.
Partner

December 3, 2012

**<u>Via Certified Mail - Return Receipt Requested</u>**
M-Tek, Inc.
Attn: Koichi Yoshida
1020 Volunteer Parkway
Manchester , Tennessee 37355

Re:     Total Transportation of Mississippi, LLC
        Detention of Trailers - M-Tek, Inc. (Madison, MS)
        Amount Due: $105,300.00
        Our File No. 215.0001

Dear Mr. Yoshida:

Please be advised that I have been retained to represent Total Transportation of Mississippi, LLC ("Total") in the above referenced matter. As you are aware, M-Tek, Inc. ("M-Tek") entered into a written contract with Total in which Total was to haul freight for M-Tek on a continuing basis. This contract was governed by "Tariff TTMS 100-A2" issued by Total with an effective date of September 1, 2011. A copy of this tariff has been previously provided to M-Tek.

My records show that dating back to June 2012, several of my client's trailers were loaded with materials inbound to M-Tek and dropped at your yard in Madison, Mississippi. Without my client's knowledge, their trailers were loaded with finished product and moved by M-Tek to the Nissan yard. After searching for these trailers for several months, they were located by my client's national sales representative, Mr. Jolly Mayfield on the Nissan yard.

Since that time, my client's representatives have been in touch with M-Tek regarding the outstanding detention charges for these trailers as provided for in the applicable Tariff referenced above. On numerous occasions, written demand has been made on M-Tek for payment of all charges associated with your detention of their trailers. I have enclosed a copy of the invoices previously provided to M-Tek reflecting the outstanding detention charges in the amount of $105,300.00

My client is eager to get these invoices paid in full. Since these invoices date back to June, I would appreciate your prompt attention to this matter. In the event these invoices are not paid in full within thirty (30) days of your receipt of this letter, we will have no alternative but to proceed with legal action against your company for the collection of these invoices plus statutory attorney's fees and statutory damages, together with interest and all court costs.

GLADDEN & INGRAM, PLLC
POST OFFICE BOX 2970 • MADISON, MISSISSIPPI 39130
455 PEBBLE CREEK DRIVE • MADISON, MISSISSIPPI 39110
TELEPHONE (601) 707-5903 • TELECOPIER (601) 707-5915
WWW.GLADDENINGRAM.COM



EXHIBIT

"A"

We sincerely hope this won't be necessary and urge you to make arrangements to remit payment of these invoices immediately to this office.

With kindest personal regards, I remain

Very truly yours,

GLADDEN & INGRAM, PLLC

David Lee Gladden, Jr.

DLGJR/lbn
Enclosures

cc: Mr John Stomps



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104

www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5068614   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

**RFC NUMBER**

**INTERNAL USE ONLY**
UID- 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 8/16/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | |
| | 601801 | | | | 2,925.00 |
| | 531089 | | | | 4,050.00 |
| | 801783 | | | | 2,625.00 |
| | 101047 | | | | 3,600.00 |
| | 601474 | | | | 1,125.00 |
| | 53713 | | | | 3,450.00 |
| | 531174 | | | | 4,125.00 |
| | 53859 | | | | 4,800.00 |
| | 100993 | | | | 2,325.00 |
| | 53961 | | | | 3,450.00 |
| | 531191 | | | | 3,750.00 |
| | 531815 | | | | 3,750.00 |
| | 53855 | | | | 300.00 |
| | 601861 | | | | 4,650.00 |
| | 800521 | | | | 1,350.00 |
| | 53560 | | | | 2,100.00 |
| | 531488 | | | | 825.00 |
| | 801338 | | | | 1,200.00 |

| PAGE   1 | CONTINUE | TOTAL DUE U.S. FUNDS | |
|---|---|---|---|

**REMIT TO:** ➤ TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.



**Total Transportation** *of* **MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | | PRO/INVOICE NUMBER |
|---|---|---|
| 5068614   000 | | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 8/16/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 531254 | | | | 2,400.00 |
| | 53769 | | | | 4,050.00 |
| | 801358 | | | | 1,650.00 |

| | TOTAL DUE U.S. FUNDS |
|---|---|
| PAGE   2 | 58,500.00 |

**REMIT TO:**  ➤  TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF Days (1 Free) | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
|---|---|---|---|---|---|---|
| 601801 | 7/7/12 | 7/7/12 | 8/15/12 | 39 | $75.00 | $2,925.00 |
| 531089 | 6/22/12 | 6/22/12 | 8/15/12 | 54 | $75.00 | $4,050.00 |
| 801783 | 7/11/12 | 7/11/12 | 8/15/12 | 35 | $75.00 | $2,625.00 |
| 101047 | 6/28/12 | 6/28/12 | 8/15/12 | 48 | $75.00 | $3,600.00 |
| 601474 | 7/31/12 | 7/31/12 | 8/15/12 | 15 | $75.00 | $1,125.00 |
| 53713 | 6/30/12 | 6/30/12 | 8/15/12 | 46 | $75.00 | $3,450.00 |
| 531174 | 6/21/12 | 6/21/12 | 8/15/12 | 55 | $75.00 | $4,125.00 |
| 53859 | 6/12/12 | 6/12/12 | 8/15/12 | 64 | $75.00 | $4,800.00 |
| 100993 | 7/15/12 | 7/15/12 | 8/15/12 | 31 | $75.00 | $2,325.00 |
| 53961 | 6/30/12 | 6/30/12 | 8/15/12 | 46 | $75.00 | $3,450.00 |
| 531191 | 6/26/12 | 6/26/12 | 8/15/12 | 50 | $75.00 | $3,750.00 |
| 531815 | 6/26/12 | 6/26/12 | 8/15/12 | 50 | $75.00 | $3,750.00 |
| 53855 | 8/11/12 | 8/11/12 | 8/15/12 | 4 | $75.00 | $300.00 |
| 601861 | 6/14/12 | 6/14/12 | 8/15/12 | 62 | $75.00 | $4,650.00 |
| 800521 | 7/28/12 | 7/28/12 | 8/15/12 | 18 | $75.00 | $1,350.00 |
| 53560 | 7/18/12 | 7/18/12 | 8/15/12 | 28 | $75.00 | $2,100.00 |
| 531488 | 8/4/12 | 8/4/12 | 8/15/12 | 11 | $75.00 | $825.00 |
| 801338 | 7/30/12 | 7/30/12 | 8/15/12 | 16 | $75.00 | $1,200.00 |
| 531254 | 7/14/12 | 7/14/12 | 8/15/12 | 32 | $75.00 | $2,400.00 |
| 53769 | 6/22/12 | 6/22/12 | 8/15/12 | 54 | $75.00 | $4,050.00 |
| 801358 | 7/24/12 | 7/24/12 | 8/15/12 | 22 | $75.00 | $1,650.00 |
| | | | | | | $58,500.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-939-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5068675  000 | SCAC–TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   36

M-TEK
435 CHURCH RD

MADISON MS 39110

REC NUMBER

INTERNAL USE ONLY
UID- 999  000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 8/16/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | |
| | 53719 | | | | 2,550.00 |
| | 601825 | | | | 600.00 |
| | 531107 | | | | 2,475.00 |
| | 531167 | | | | 450.00 |

| | TOTAL DUE U.S. FUNDS | |
|---|---|---|
| PAGE   1 | | 6,075.00 |

**REMIT TO:**   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 5068675 | | | | | | |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF Days (-1 Free) | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53719 | 7/12/12 | 7/12/12 | 8/15/12 | 34 | $75.00 | $2,550.00 |
| 601825 | 8/7/12 | 8/7/12 | 8/15/12 | 8 | $75.00 | $600.00 |
| 531107 | 7/13/12 | 7/13/12 | 8/15/12 | 33 | $75.00 | $2,475.00 |
| 531167 | 8/9/12 | 8/9/12 | 8/15/12 | 6 | $75.00 | $450.00 |
| | | | | | | $6,075.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-935-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5094277   000 | SCAC–TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M–TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID– 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 8/22/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M–TEK TRL DETENTION | | | | |
| | 531089 | | | | 525.00 |
| | 801703 | | | | 450.00 |
| | 101047 | | | | 525.00 |
| | 601474 | | | | 525.00 |
| | 53713 | | | | 150.00 |
| | 531174 | | | | 75.00 |
| | 53859 | | | | 525.00 |
| | 100993 | | | | 525.00 |
| | 53961 | | | | 525.00 |
| | 531191 | | | | 75.00 |
| | 53855 | | | | 75.00 |
| | 800521 | | | | 525.00 |
| | 53560 | | | | 75.00 |
| | 531488 | | | | 450.00 |
| | 531254 | | | | 525.00 |
| | 53769 | | | | 525.00 |
| | 801358 | | | | 450.00 |
| | 601825 | | | | 525.00 |

| PAGE | 1 | | CONTINUE | TOTAL DUE U.S. FUNDS | |

**REMIT TO:**  TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.



**Total Transportation**
*of*
**MISSISSIPPI LLC**
PO Box 2060
Jackson, MS 30225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5094277  000 | SCAC~TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M-TEK
435 CHURCH RD

MADISON MS 39110

| RFC NUMBER |
|---|
| INTERNAL USE ONLY |
| UID- 999  000000 |

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 8/22/12 |

| SHIPPER ------- -- | CONSIGNEE |
|---|---|
| | |

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | 531167 | | | | 450.00 |

| | TOTAL DUE U.S. FUNDS |
|---|---|
| PAGE    2 | 7,500.00 |

**REMIT TO:** ▶ TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 5094277 | | | | | | |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 531089 | 6/22/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 801783 | 7/11/12 | 8/16/12 | 8/21/12 | 6 | $75.00 | $450.00 |
| 101047 | 6/28/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 601474 | 7/31/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 53713 | 6/30/12 | 8/16/12 | 8/18/12 | 2 | $75.00 | $150.00 |
| 531174 | 6/21/12 | 8/16/12 | 8/17/12 | 1 | $75.00 | $75.00 |
| 53859 | 6/12/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 100993 | 7/15/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 53961 | 6/30/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 531191 | 6/26/12 | 8/16/12 | 8/17/12 | 1 | $75.00 | $75.00 |
| 53855 | 8/11/12 | 8/16/12 | 8/17/12 | 1 | $75.00 | $75.00 |
| 800521 | 7/28/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 53560 | 7/18/12 | 8/16/12 | 8/17/12 | 1 | $75.00 | $75.00 |
| 531488 | 8/4/12 | 8/16/12 | 8/21/12 | 6 | $75.00 | $450.00 |
| 531254 | 7/14/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 801358 | 7/24/12 | 8/16/12 | 8/21/12 | 6 | $75.00 | $450.00 |
| 601825 | 8/7/12 | 8/16/12 | 8/22/12 | 7 | $75.00 | $525.00 |
| 531167 | 8/9/12 | 8/16/12 | 8/21/12 | 6 | $75.00 | $450.00 |
| | | | | | | $7,500.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 30225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5124547   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

| RFC NUMBER | |
|---|---|
| INTERNAL USE ONLY | |
| UID- 999   000000 | |

M-TEK
435 CHURCH RD

MADISON MS 39110

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 8/30/12 |

| SHIPPER | CONSIGNEE |
|---|---|
| | |

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | 525.00 |
| | 531089 | | | | 525.00 |
| | 101047 | | | | 525.00 |
| | 601474 | | | | 525.00 |
| | 53859 | | | | 525.00 |
| | 100993 | | | | 525.00 |
| | 53961 | | | | 450.00 |
| | 800521 | | | | 525.00 |
| | 531254 | | | | 525.00 |
| | 53769 | | | | 525.00 |
| | 601825 | | | | |

| | TOTAL DUE U.S. FUNDS | 5,175.00 |
|---|---|---|

PAGE    1

**REMIT TO:**   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE #51245547 | | | | | | |
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
|---|---|---|---|---|---|---|
| 531089 | 6/22/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 101047 | 6/28/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 601474 | 7/31/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 53859 | 6/12/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 100993 | 7/15/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 53961 | 6/30/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 800521 | 7/28/12 | 8/23/12 | 8/28/12 | 6 | $75.00 | $450.00 |
| 531254 | 7/14/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| 601825 | 8/7/12 | 8/23/12 | 8/29/12 | 7 | $75.00 | $525.00 |
| | | | | | | $5,175.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-939-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|-----|---------------------|
| 5146444   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|-------------|-------------|--------------|----------------|---------------|
|  |  | 0/00/00 | 0/00/00 | 9/06/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|-----------|------------------------|--------|-------|------|--------|
|  | M-TEK TRAILER DETENTION |  |  |  |  |
|  | 531089 |  |  |  | 525.00 |
|  | 101047 |  |  |  | 525.00 |
|  | 601474 |  |  |  | 525.00 |
|  | 53859 |  |  |  | 525.00 |
|  | 100993 |  |  |  | 450.00 |
|  | 53961 |  |  |  | 525.00 |
|  | 531254 |  |  |  | 525.00 |
|  | 53769 |  |  |  | 525.00 |
|  | 601825 |  |  |  | 525.00 |

| | TOTAL DUE U.S. FUNDS | 4,650.00 |
|---|---|---|

PAGE    1

**REMIT TO:**   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 148444 | | | | | | |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 531089 | 6/22/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 101047 | 6/28/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 601474 | 7/31/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 53859 | 6/12/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 100993 | 7/15/12 | 8/30/12 | 9/4/12 | 6 | $75.00 | $450.00 |
| 53961 | 6/30/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| 601825 | 8/7/12 | 8/30/12 | 9/5/12 | 7 | $75.00 | $525.00 |
| | | | | | | $4,650.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104

**TOTAL**
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5214243 000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO: 38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999 000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 9/21/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | |
| | 531089 | | | | 525.00 |
| | 53859 | | | | 525.00 |
| | 531254 | | | | 525.00 |
| | 53769 | | | | 525.00 |

| | | TOTAL DUE U.S. FUNDS | 2,100.00 |
|---|---|---|---|

PAGE 1

**REMIT TO:** TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 6214243 | | | | | | |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 531089 | 6/22/12 | 9/6/12 | 9/12/12 | 7 | $75.00 | $525.00 |
| 53859 | 6/12/12 | 9/6/12 | 9/12/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 9/6/12 | 9/12/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 9/6/12 | 9/12/12 | 7 | $75.00 | $525.00 |
| | | | | | | $2,100.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**
PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|-----|--------------------|
| 5214280  000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999  000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|-------------|-------------|--------------|----------------|---------------|
|             |             | 0/00/00 | 0/00/00 | 9/21/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|-----------|------------------------|--------|-------|------|--------|
| | M-TEK TRL DETENTION | | | | |
| | 531089 | | | | 525.00 |
| | 53859 | | | | 525.00 |
| | 531254 | | | | 525.00 |
| | 53769 | | | | 525.00 |

| | | | | | TOTAL DUE U.S. FUNDS | 2,100.00 |

PAGE    1

**REMIT TO:** ➤  **TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225**

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
|---|---|---|---|---|---|---|
| 531089 | 6/22/12 | 9/13/12 | 9/19/12 | 7 | $75.00 | $525.00 |
| 53859 | 6/12/12 | 9/13/12 | 9/19/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 9/13/12 | 9/19/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 9/13/12 | 9/19/12 | 7 | $75.00 | $525.00 |
| | | | | | | $2100.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5234629  000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999  000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 9/27/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | |
| | 531089 | | | | 1,425.00 |
| | 101047 | | | | 375.00 |
| | 53859 | | | | 1,575.00 |
| | 53961 | | | | 975.00 |
| | 531254 | | | | 1,575.00 |
| | 53769 | | | | 1,575.00 |
| | 601825 | | | | 675.00 |

| | TOTAL DUE U.S. FUNDS | 8,175.00 |
|---|---|---|

PAGE     1

**REMIT TO:**  TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

M-TEK TRAILER DETENTION

| INVOICE # 5234629 | | | | | | |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 531089 | 6/22/12 | 9/6/12 | 9/24/12 | 19 | $75.00 | $1,425.00 |
| 101047 | 6/28/12 | 9/6/12 | 9/10/12 | 5 | $75.00 | $375.00 |
| 53859 | 6/12/12 | 9/6/12 | 9/26/12 | 21 | $75.00 | $1,575.00 |
| 53961 | 6/30/12 | 9/6/12 | 9/18/12 | 13 | $75.00 | $975.00 |
| 531254 | 7/14/12 | 9/6/12 | 9/26/12 | 21 | $75.00 | $1,575.00 |
| 53769 | 6/22/12 | 9/6/12 | 9/26/12 | 21 | $75.00 | $1,575.00 |
| 601825 | 8/7/12 | 9/6/12 | 9/14/12 | 9 | $75.00 | $675.00 |
| | | | | | | $8,175.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-939-2104
www.totalms.com

**TOTAL**

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5259339  000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999  000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 10/03/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | 525.00 |
| | 53859 | | | | 525.00 |
| | 531254 | | | | 525.00 |
| | 53769 | | | | |

| | TOTAL DUE U.S. FUNDS | 1,575.00 |
|---|---|---|

PAGE   1

**REMIT TO:**  TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 5259339 | | | | | | # OR |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DETENTION BILLED FROM | DETENTION BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 9/27/12 | 10/3/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 9/27/12 | 10/3/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 9/27/12 | 10/3/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5293466   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 10/11/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | M-TEK TRL DETENTION | | | | 525.00 |
| | 53859 | | | | 525.00 |
| | 531254 | | | | 525.00 |
| | 53769 | | | | |

|  | TOTAL DUE U.S. FUNDS | 1,575.00 |
|---|---|---|

PAGE   1

REMIT TO:   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clause as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 5293-BD | | | | | | |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 10/4/12 | 10/10/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 10/4/12 | 10/10/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 10/4/12 | 10/10/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5318254 000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO: 3B

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999 000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 10/18/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7 | DETENTION - TRL #53B59 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #531254 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #53769 | | | 75.00 | 525.00 |
| 21 | | | | | |

| | TOTAL DUE U.S. FUNDS | 1,575.00 |
|---|---|---|

PAGE 1

**REMIT TO:** TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clause as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 5318254 | | | | | | (BE OE) |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 10/11/12 | 10/17/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 10/11/12 | 10/17/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 10/11/12 | 10/17/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**
PO Box 2060
Jackson, MS 39225
601-936-2104
www.totaltms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5348457   000 | SCAC–TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 10/25/12 |

SHIPPER                    CONSIGNEE

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7 | DETENTION ON TRL #53859 | | | 75.00 | 525.00 |
| 7 | DETENTION ON TRL #531254 | | | 75.00 | 525.00 |
| 7 | DETENTION ON TRL #53769 | | | 75.00 | 525.00 |
| 21 | | | | | |

PAGE    1

| | TOTAL DUE U.S. FUNDS | 1,575.00 |
|---|---|---|

REMIT TO:   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1974, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 548457 | | | | | | 25 Oct |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 10/18/12 | 10/24/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 10/18/12 | 10/24/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 10/18/12 | 10/24/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**
PO Box 2000
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | | PRO/INVOICE NUMBER |
|---|---|---|
| 5376434   000 | | SCAC–TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

| RFC NUMBER | |
|---|---|
| INTERNAL USE ONLY | |
| UID- 999   000000 | |

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 11/01/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| | DETENTION-TRL #53859 BROM 10/25 THRU 10/31 | | | 75.00 | 525.00 |
| | DETENTION-TRL #531254 BROM 10/25 THRU 10/31 | | | 75.00 | 525.00 |
| | DETENTION-TRL #53769 BROM 10/25 THRU 10/31 | | | 75.00 | 525.00 |

| | | TOTAL DUE U.S. FUNDS | |
|---|---|---|---|
| PAGE      1 | | | 1,575.00 |

**REMIT TO:**   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 603 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
|---|---|---|---|---|---|---|
| 53859 | 6/12/12 | 10/25/12 | 10/31/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 10/25/12 | 10/31/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 10/25/12 | 10/31/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation** *of* **MISSISSIPPI LLC**

PO Box 2080
Jackson, MS 30225
601-936-2104

www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5410862   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999   000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 11/09/12 |

**SHIPPER** | **CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7 | DETENTION - TRL #53859 FROM 11/1/12 TO 11/7/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #531254 FROM 11/1/12 TO 11/7/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #53769 FROM 11/1/12 TO 11/7/12 | | | 75.00 | 525.00 |
| 21 | | | | | |

PAGE   1

**TOTAL DUE U.S. FUNDS**   1,575.00

**REMIT TO:**   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
|---|---|---|---|---|---|---|
| 53859 | 6/12/12 | 11/1/12 | 11/7/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 11/1/12 | 11/7/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 11/1/12 | 11/7/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**
PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5431288 000 | SCAC-TTMS |
| Please notice change in Banking information. New address and ACH info on invoice below. | |

BILL TO: 38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999 000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 11/14/12 |

| SHIPPER | CONSIGNEE |
|---|---|
| | |

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7 | DETENTION - TRL #53859 FROM 11/8/12 TO 11/14/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #531254 FROM 11/8/12 TO 11/14/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #53769 FROM 11/8/12 TO 11/14/12 | | | 75.00 | 525.00 |
| 21 | | | | | |

PAGE 1

TOTAL DUE U.S. FUNDS 1,575.00

**REMIT TO:** TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veteran Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE #: E12885 | | | | | | 14 Nov |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 11/8/12 | 11/14/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 11/8/12 | 11/14/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 11/8/12 | 11/14/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |

| INVOICE # 58784494 | | | | | | INV |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 10/25/12 | 10/31/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 10/25/12 | 10/31/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 10/25/12 | 10/31/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**

PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

**TOTAL**

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5410862   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:  38

M-TEK
435 CHURCH RD

MADISON MS 39110

RFC NUMBER

INTERNAL USE ONLY
UID- 999  000000

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 11/09/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7 | DETENTION - TRL #53859 FROM 11/1/12 TO 11/7/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #531254 FROM 11/1/12 TO 11/7/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #59769 FROM 11/1/12 TO 11/7/12 | | | 75.00 | 525.00 |
| 21 | | | | | |
| | | | | **TOTAL DUE U.S. FUNDS** | 1,575.00 |

PAGE    1

**REMIT TO:**   TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
|---|---|---|---|---|---|---|
| 53859 | 6/12/12 | 11/1/12 | 11/7/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 11/1/12 | 11/7/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 11/1/12 | 11/7/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |



**Total Transportation**
*of*
**MISSISSIPPI LLC**
PO Box 2060
Jackson, MS 39225
601-936-2104
www.totalms.com

| PRO | PRO/INVOICE NUMBER |
|---|---|
| 5431288   000 | SCAC-TTMS |

Please notice change in Banking information.
New address and ACH info on invoice below.

BILL TO:   38

M-TEK
435 CHURCH RD

MADISON MS 39110

| RFC NUMBER | |
|---|---|
| **INTERNAL USE ONLY** | |
| UID- 999   000000 | |

| TRAILER NO. | TRACTOR NO. | DATE SHIPPED | DATE DELIVERED | DATE INVOICED |
|---|---|---|---|---|
| | | 0/00/00 | 0/00/00 | 11/14/12 |

**SHIPPER**

**CONSIGNEE**

| NO PIECES | DESCRIPTION OF ARTICLES | WEIGHT | MILES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7 | DETENTION - TRL #53859 FROM 11/8/12 TO 11/14/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #531254 FROM 11/8/12 TO 11/14/12 | | | 75.00 | 525.00 |
| 7 | DETENTION - TRL #53769 FROM 11/8/12 TO 11/14/12 | | | 75.00 | 525.00 |
| 21 | | | | | |

| | TOTAL DUE U.S. FUNDS | 1,575.00 |
|---|---|---|

PAGE   1

REMIT TO: ▶  TOTAL TRANSPORTATION, PO BOX 2060, JACKSON, MS 39225

IF REMITTANCE AMOUNT DIFFERS FROM INVOICE AMOUNT, PLEASE PROVIDE AN EXPLANATION.

In connection with the performance of work under this Purchase Order, the Equal Employment Opportunity Clauses as set forth in Section 202 of the Executive Order 11246, as amended, Section 503 of the Rehabilitation Act of 1973, as amended, in Section 402 of the Vietnam Era Veterans Readjustment Act of 1974, as amended, are incorporated by reference.

| INVOICE # 541288 | | | | | | 14 NOV |
|---|---|---|---|---|---|---|
| TRAILER NUMBER | ORIGINAL ARRIVAL DATE | DATE BILLED FROM | DATE BILLED TO | # OF DAYS | DETENTION COST PER DAY | TOTAL DETENTION COST PER TRAILER |
| 53859 | 6/12/12 | 11/8/12 | 11/14/12 | 7 | $75.00 | $525.00 |
| 531254 | 7/14/12 | 11/8/12 | 11/14/12 | 7 | $75.00 | $525.00 |
| 53769 | 6/22/12 | 11/8/12 | 11/14/12 | 7 | $75.00 | $525.00 |
| | | | | | | $1,575.00 |